FINNEY, for use, etc., *v.* DAVIS *et al.*

COBB, J.   1. The contents of a tax digest can not be shown by an affidavit of the tax-collector.

2. When upon the hearing of an application for an interlocutory injunction the evidence upon the controlling question in the case is directly conflicting, the discretion of the trial judge in refusing to grant the injunction will not be interfered with.            *Judgment affirmed.    All the Justices concurring.*

Argued April 5, — Decided April 27, 1901.

Petition for injunction.    Before Judge Henry.    Floyd superior court.    February 12, 1900.

*Denny & Harris*, for plaintiff.  *Fouché & Fouché, Henry Walker*, and *M. B. Eubanks*, for defendant.